FILED
CLERK, U.S. ...
JUL 1 8 2008
CENTRAL DISTRICT OF C...

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARIBEL JUAN DE DIOS,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL REALITY & INVESTMENTS,<br><br>Defendant. | CV 07-5242 GPS (RCx)<br><br>Consolidated Cases:<br><br>CV 07-5247 GPS (RCx)<br>CV 07-5250 GPS (Rcx)<br>CV 07-5245 GPS (Rcx)<br>CV 07-5258 GPS (Rcx)<br>CV 07-5381 GPS (Rcx)<br>CV 07-5312 GPS (Rcx)<br>CV 07-5313 GPS (Rcx)<br>CV 07-5375 GPS (RCx)<br><br>**JUDGMENT** |

In light of this Court's grant of summary judgment for Defendant, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff shall take nothing and judgment is hereby entered for Defendant on all claims for relief. Defendant may recover its costs.

**IT IS SO ORDERED.**

Dated this 18th day of July, 2008.

GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE

1